IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEREMY GERALD,

    Petitioner,

v.                                            CASE NO. 4:05-cv-00316-MP-AK

SHERIFF BUCHER,

    Respondent.

_____/

# **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that Petitioner's claims related to bail and prosecution be dismissed without prejudice and that the Court transfer the remaining claims to the Middle District of Georgia, since the petitioner challenges a detainer lodged by the State of Georgia. The petitioner filed a response, doc. 6, in which he stated that he had no objections to the Report and Recommendation.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The claims related to bail and prosecution are dismissed without prejudice, and the clerk is directed to transfer the remaining claim to the United States District Court for the Middle District of Georgia.

    **DONE AND ORDERED** this  *3rd* day of January, 2006

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge